1   Ronald M. Horwitz, #005655
    **JABURG & WILK, P.C.**
2   3200 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012
3   (602) 248-1000

4   Attorneys for Wells Fargo Financial Arizona, Inc.

5

6

               UNITED STATES BANKRUPTCY COURT
7
                    DISTRICT OF ARIZONA
8

| | |
|---|---|
| 9  In re:<br><br>10  RANDY C. JENKINS and SUE JENKINS<br><br>         Debtors. | Chapter 13 Proceedings<br><br>No: 2-09-bk-17065-SSC<br><br>11  **STIPULATION REGARDING<br>PAYMENT OF INDEBTEDNESS AND<br>12  MODIFICATION OF STAY** |

13      IT IS HEREBY STIPULATED AND AGREED by and between Debtors/Respondents

14  RANDY C. JENKINS and SUE JENKINS, and the Movant, WELLS FARGO BANK A, N.A.,

15  "WELLS FARGO", by and through its attorneys JABURG & WILK, P.C., by Ronald M.

16  Horwitz pursuant to an agreement reached in the above-captioned Chapter 13 proceedings,

17  presently pending in the United States Bankruptcy Court for the District of Arizona, as follows:

18      1.    IT IS FURTHER STIPULATED AND AGREED that the Debtors are presently

19  indebted to WELLS FARGO as a result of execution of Note and Deed of Trust dated June 23,

20  2005; that said Note and is secured by a Deed of Trust dated June 23, 2005 on the Debtors' real

21  property located in Mesa, Arizona and legally described as:

22

23          LOT 14, OF COUNTRY MANOR, ACCORDING TO
          THE PLAT OF RECORD IN THE OFFICE OF THE
24        COUNTY RECORDER OF MARICOPA COUNTY,
          ARIZONA, RECORDED IN BOOK 187 OF MAPS,
25        PAGE 27.

26      2.    IT IS FURTHER STIPULATED AND AGREED that Debtors' regular monthly

27  payments to WELLS FARGO, relative to the aforementioned Note and Deed of Trust will

28  continue to be due on or before the 28th day of each month.

13016-90728/RMH/JMC2/783092_v1

JABURG & WILK, P.C.<br>ATTORNEYS AT LAW<br>3200 NORTH CENTRAL AVENUE<br>SUITE 2000<br>PHOENIX, ARIZONA 85012

3. IT IS FURTHER STIPULATED AND AGREED that Debtors are currently delinquent relative to post-petition payments for September 28, 2009 through January 28, 2010 and late charges in the sum of $6,354.72, plus attorneys' fees and costs of $650.00, for a total delinquency of $7,004.72.

4. IT IS FURTHER STIPULATED AND AGREED that the pre-petition arrearage due and owing to WELLS FARGO is the sum of $24,567.40 and that said amount will be reflected in the order confirming Debtors' Plan.

5. IT IS FURTHER STIPULATED AND AGREED that Debtors will perform the following repayment schedule to WELLS FARGO relative to the aforementioned Note and Deed of Trust, to wit: regular payments commencing February 28, 2010, continuing on or before the 28th day of each month thereafter, in accordance with the original terms and conditions of the Note and Deed of Trust. In addition, the total arrearage of $7,004.72 shall be paid in six (6) equal installments of $1,167.45 and shall be due on or before the 15th day of each month, commencing on March 15, 2010 and continuing through August 15, 2010.

6. IT IS FURTHER STIPULATED AND AGREED that in the event Debtors fail to timely make any payment, as set forth above, Movant may send a ten (10) calendar day written notice to Debtors and their counsel, relative to any said delinquent payments, and accordingly, for the purposes of this Stipulation, a payment will be deemed untimely, if it is not made by 5:00 o'clock p.m., on the tenth calendar day following the date of mailing of written notice of default by WELLS FARGO to Debtors and their counsel. Debtors' right to Notice is expressly limited to two (2) events of default during the cure period. Upon the third event of default, Movant may exercise its rights under the contract without further notice to Debtors.

7. IT IS FURTHER STIPULATED AND AGREED that in the event notice of default is required to be sent, Debtors agree to pay WELLS FARGO an additional sum of $150.00 for each Notice, as well as any applicable late charges.

8. IT IS FURTHER STIPULATED AND AGREED that in the event a payment is not timely made and not timely cured as previously set forth herein, this Stipulation and the Order approving same will be self-executing, and therefore, upon the failure of Debtors to make a

2

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

timely payment, the stay shall be deemed lifted, without further order of the Court or further application by WELLS FARGO.

9.  IT IS FURTHER STIPULATED AND AGREED that the provisions of this Stipulation relative to the stay lift shall be effective in the event of conversion to any other chapter of the Bankruptcy Code.

10.  IT IS FURTHER STIPULATED AND AGREED that the terms and provisions of this Stipulation shall be incorporated into any plan of reorganization and/or ordering confirming same filed by Debtors.

DATED this 11th day of _____ February _____, 2010.

JABURG & WILK, P.C.

By: _____
Ronald M. Horwitz
Attorneys for Wells Fargo Financial Arizona, Inc.

BRANDI B. SINHA

By: _____
Brandi B. Sinha
Attorney for Debtors

EDWARD J. MANEY

By: _____
Edward J. Maney
Attorney for Debtors

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

13016-90728/RMH/JMC2/783092_v1