Ronald M. Horwitz, #005655
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Wells Fargo Financial Arizona, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

RANDY C. JENKINS and SUE JENKINS

    Debtors.

Chapter 13 Proceedings

No: 2-09-bk-17065-SSC

**ORDER REGARDING PAYMENT OF INDEBTEDNESS AND MODIFICATION OF STAY**

Pursuant to the foregoing Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtors are presently indebted to WELLS FARGO FINANCIAL ARIZONA, INC. as a result of execution of a Note and Deed of Trust dated June 23, 2005; that said Note is secured by a Deed of Trust dated June 23, 2005 on the following described property:

> LOT 14, OF COUNTRY MANOR, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 187 OF MAPS, PAGE 27.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors' regular monthly payments to WELLS FARGO, relative to the aforementioned Note and Deed of Trust will continue to be due on or before the 28th day of each month.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors are currently delinquent relative to post-petition payments for September 28, 2009 through January 28, 2010

and late charges in the sum of $6,354.72, plus attorneys' fees and costs of $650.00, for a total delinquency of $7,004.72.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the pre-petition arrearage due and owing to WELLS FARGO is the sum of $24,567.40 and that said amount will be reflected in the order confirming Debtors' Plan.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors will perform the following repayment schedule to WELLS FARGO relative to the aforementioned Note and Deed of Trust, to wit: regular payments commencing February 28, 2010, continuing on or before the 28th day of each month thereafter, in accordance with the original terms and conditions of the Note and Deed of Trust. In addition, the total arrearage of $7,004.72 shall be paid in six (6) equal installments of $1,167.45 and shall be due on or before the 15th day of each month, commencing on March 15, 2010 and continuing through August 15, 2010.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Debtors fail to timely make any payment, as set forth above, Movant may send a ten (10) calendar day written notice to Debtors and their counsel, relative to any said delinquent payments, and accordingly, for the purposes of this Stipulation, a payment will be deemed untimely, if it is not made by 5:00 o'clock p.m., on the tenth calendar day following the date of mailing of written notice of default by WELLS FARGO to Debtors and their counsel. Debtors' right to Notice is expressly limited to two (2) events of default during the cure period. Upon the third event of default, Movant may exercise its rights under the contract without further notice to Debtors.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event notice of default is required to be sent, Debtors agree to pay WELLS FARGO an additional sum of $150.00 for each Notice, as well as any applicable late charges.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event a payment is not timely made and not timely cured as previously set forth herein, this Stipulation and the Order approving same will be self-executing, and therefore, upon the failure of Debtors to make a timely payment, the stay shall be deemed lifted, without further order of the Court or further application by WELLS FARGO.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the provisions of this Stipulation relative to the stay lift shall be effective in the event of conversion to any other chapter of the Bankruptcy Code.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms and provisions of this Stipulation shall be incorporated into any plan of reorganization and/or order confirming same filed by Debtors.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE