Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for WELLS FARGO FINANCIAL ARIZONA, INC.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RANDY C. JENKINS and SUE JENKINS<br><br>    Debtors,<br><br>――――――――――――――<br><br>WELLS FARGO FINANCIAL ARIZONA, INC.,<br><br>    Movant,<br><br>v.<br><br>RANDY C. JENKINS and SUE JENKINS and EDWARD J. MANEY, Trustee,<br><br>    Respondents. | CHAPTER 13 PROCEEDINGS<br><br>No: 2-09-bk-17065-SSC<br><br>**NOTICE OF DEFAULT** |

      Movant, WELLS FARGO FINANCIAL ARIZONA, INC., by and through its counsel undersigned, hereby submits its Notice of Default and alleges as follows:

      1.    On or about February 24, 2010, this Court entered an Agreed Order Regarding Payment of Indebtedness and Modification of Stay between the Debtors and WELLS FARGO FINANCIAL ARIZONA, INC., in the above matter, requiring the Debtors to maintain regular

13016-90728/RMH/JMC2/796481_v1

monthly and catch up payments relative to the Note and Deed of Trust dated June 23, 2005, due to Movant, payable on the 28th and 15th day of each month. (See Exhibit "A" attached hereto)

2. The Order further provided that in the event the Debtors failed to timely make the aforementioned monthly payments, Movant was entitled to file with the Court and serve upon Debtor and his counsel, this Notice of Default. The Order further provided that the Debtors would have ten (10) calendar days from the date of this Notice within which to cure the existing breach. In the event the Debtors failed to cure the existing breach, the Order provided that on the 10th day, the automatic stay would immediately be vacated and extinguished for all purposes as to Movant. Movant would then be entitled to proceed with its rights and remedies under state law.

3. Notice is hereby given that the Debtors have breached the Order by failing to make the March 15, 2010 catch-up payment in the amount of $1,167.45 and the regular March 28, 2010 payment in the amount of $1,390.12, for a total sum of $2,557.57, plus the sum of $150.00 for this Notice, as well as any applicable late charges for the total sum of $2,707.57.

4. Notice is hereby given that Debtors shall have ten (10) calendar days from the date of this Notice, within which to cure the aforementioned breach.

In the event the Debtors fail to cure said breach, Movants shall proceed in accordance with the terms of the Order.

DATED this 13th day of April, 2010.

**JABURG & WILK, P.C.**

s/ Ronald M. Horwitz
Ronald M. Horwitz
Attorneys for Movants

13016-90728/RMH/JMC2/796481_v1

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed<br>this 13th day of April, 2010, to: |
| 2 | |
| 3 | RANDY C. JENKINS<br>SUE JENKINS<br>1416 E. Kramer St. |
| 4 | Mesa, AZ  85203 |
| 5 | ANDREW NEMETH |
| 6 | Phillips & Associates<br>20 E. Thomas Rd., Suite 2600<br>Phoenix, AZ  85012 |
| 7 | |
| 8 | EDWARD J. MANEY<br>P.O. Box 10434<br>Phoenix, AZ  85064-0434 |

s/ Jeanette Chavez

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

13016-90728/RMH/JMC2/796481_v1